B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Louisiana

In re MICHAEL LYNN POOLE, JR. ,    Case No. 16-31305

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Carisbrook Asset Holding Trust as serviced by RoundPoint Mortgage Servicing Corporation
Name of Transferee

Kingsmead Asset Holding Trust
Name of Transferor

Name and Address where notices to transferee should be sent:
RoundPoint Mortgage Servicing Corporation
5016 Parkway Plaza Blvd., Buildings 6 & 8
Charlotte, NC 28217
Phone: 877-426-8805
Last Four Digits of Acct #: 4850

Court Claim # (if known): 2-1
Amount of Claim: $203,760.75
Date Claim Filed: 11/29/2016

Phone: 877-426-8805
Last Four Digits of Acct. #: 4850

Name and Address where transferee payments should be sent (if different from above):
RoundPoint Mortgage Servicing Corporation, Attn: Correspondence
P.O. Box 19409
Charlotte, NC 28219-9409
Phone: 877-426-8805
Last Four Digits of Acct #: 4850

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/HERSCHEL C. ADCOCK, JR. #17903    Date: 08/27/2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.




**ROUNDPOINT**
MORTGAGE SERVICING CORPORATION

P.O. Box 19409
Charlotte, NC 28219-9409

August 08, 2017

**Notice of Assignment, Sale, or Transfer of Ownership**

MICHAEL POOLE JR
SONYA POOLE
146 CARRA LN
WEST MONROE, LA 71292

**Loan Number**:

**Property Address:**
146 CARRA LN
WEST MONROE, LA 71292

Dear MICHAEL POOLE JR and SONYA POOLE:

**Why am I receiving this notice?**

We are writing to inform you that the ownership of the above listed mortgage loan has been assigned, sold, or transferred to Carisbrook Asset Holding Trust as of June 09, 2017. The transfer of ownership has been, or may be, recorded in the office of public land records or the recorder of deeds office for the county or local jurisdiction where the property is located. The transfer of ownership does not affect the terms and conditions of your mortgage loan, other than those terms that are directly related to the ownership of your mortgage loan.

**Where can I contact the new owner of my loan?**

Carisbrook Asset Holding Trust
300 Delaware Avenue 9th Floor
Wilmington, DE 19801
800-236-3488

**Where do I send my payments, and what about partial payments?**

Payments should be sent to the address listed on your billing statement or coupon book. RoundPoint, as servicer for the lender, may hold partial payments in a separate account until a full periodic payment is received. Funds will be promptly applied to your mortgage loan once a full periodic payment is received. Partial payments will be applied to the mortgage loan if required by applicable State law. If the loan is sold the new lender may have a different partial payment policy.

**What if I have questions**?

We are here to answer any questions you may have concerning this notice or the application of payments on your mortgage loan. Our contact information is listed below for your convenience. Our offices are open Monday through Friday from 8:00 a.m. until 9:00 p.m. and Saturday from 10:00 a.m. until 3:00 p.m. Eastern Time.

Sincerely,

Customer Service
RoundPoint Mortgage Servicing Corporation

Phone: 877-426-8805
Mail: P.O. Box 19789, Charlotte, NC 28219-9409
Email: ServicingHelp@RoundPointMortgage.com

To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please write to us at:

> RoundPoint Mortgage Servicing Corporation
> P.O. Box 19789, Charlotte, NC 28219-9409

Federal law requires us to advise you that RoundPoint Mortgage Servicing Corporation (NMLS ID 18188) is a debt collector and that this is an attempt to collect a debt. Any information obtained may be used for that purpose. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy proceeding, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect indebtedness as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.

Notice to Customers: RoundPoint may report information about your other defaults on your account may be reflected in your credit report.

FOR TEXAS RESIDENTS: COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.

A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

FOR COLORADO RESIDENTS: RoundPoint Mortgage Servicing Corporation maintains an in-state office as required by 4 Code of Colorado 903-1. Colorado Manager, Inc., 80 Garden Center, Suite 3, Broomfield, CO 80020 Phone: 303-920-4763

FOR NORTH CAROLINA RESIDENTS: RoundPoint Mortgage Servicing Corporation is physically located at 5016 Parkway Plaza Blvd, Charlotte, NC 28217. North Carolina Collection Agency permit no. 102965.